NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MATTHEW J. NASUTI,**
*Petitioner.*

---

2014-139

---

On Petition for Writ of Mandamus to the Merit Systems Protection Board in No. DC-1221-12-0321-B-1.

---

**ON PETITION**

---

**O R D E R**

Matthew J. Nasuti moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24